UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLI BROWN,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF HERMOSA BEACH, STEVE JOHNSON, Chief of Police, OFFICER JONATHAN SIBBALD#162, CITY OF REDONDO BEACH, JOE LEONARDI, CHIEF OF POLICE, OFFICER CARLBORG, OFFICER MICHAEL GREEN, DOES 1-10 individually and as peace officers,<br><br>　　　　　　Defendants.<br>_____ | Case No.: CV13-1807 CAS(Ex)<br>[*Hon. Christina A. Snyder, District Judge; Hon. Charles Eick, Magistrate Judge*]<br><br>**[PROPOSED] ORDER RE JOINT STIPULATION TO DISMISS WITH PREJUDICE THE ENTIRE ACTION AS TO INDIVIDUAL DEFENDANTS**<br><br>**FED.R.CIV.P. 41(a)(1)** |

　　　IT IS HEREBY ORDERED that the individual defendants, Chief Joe Leonardi, Officer Robert Carlborg, Officer Michael Green, Captain Steve Johnson and Officer Jonathan Sibbald (herein after designated collectively as "Individual Defendants") be dismissed with prejudice from this action, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1).

　　　IT IS FURTHER ORDERED that by and between Plaintiff and All Defendants that this dismissal constitutes a general mutual release of all claims and a mutual waiver of all costs, court fees and attorneys' fees arising out of this litigation between

1 | these parties as to the Individual Defendants.

2 |     IT IS SO ORDERED.

4 | DATED: April 1, 2014

*Christina A. Snyder*

Christina A. Snyder, U.S. District Judge

G:\docsdata\MKO\Brown\Settlement and Release\Order Stip to Dismiss.001.033114.wpd