1    Mildred K. O'Linn, State Bar No. 159055          (Exempt from Filing Fee Gov. Code, §6103.)
     Angela M. Powell, State Bar No. 191876
2    **MANNING & KASS**
     **ELLROD, RAMIREZ, TRESTER LLP**
3    801 South Figueroa Street
     15th Floor at 801 Tower
4    Los Angeles, CA 90017
     Telephone: (213) 624-6900
5    Facsimile: (213) 624-6999
     mko@manningllp.com
6    slb@manningllp.com

7    Attorneys for Defendant CITY OF REDONDO BEACH

8

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11

12   KELLI BROWN,                        )   Case No.: CV13-1807 CAS(Ex)
                                         )   [*Hon. Christina A. Snyder, District*
13                      Plaintiff,        )   *Judge; Hon. Charles Eick, Magistrate*
                                         )   *Judge*]
14   vs.                                  )
                                         )
15   CITY OF HERMOSA BEACH, STEVE        )
     JOHNSON, Chief of Police, OFFICER    )   **ORDER RE JOINT STIPULATION**
16   JONATHAN SIBBALD#162, CITY OF       )   **TO DISMISS WITH PREJUDICE**
     REDONDO BEACH, JOE LEONARDI,        )   **THE ENTIRE ACTION AS TO**
17   CHIEF OF POLICE, OFFICER            )   **DEFENDANT CITY OF**
     CARLBORG, OFFICER MICHAEL           )   **REDONDO BEACH**
18   GREEN, DOES 1-10 individually and as )
     peace officers,                      )   **FED.R.CIV.P. 41(a)(1)**
19                                        )
                        Defendants.        )
20   _____ )

21

22       IT IS HEREBY ORDERED that Defendant, City of Redondo Beach be

23   dismissed with prejudice from this action, pursuant to *Federal Rules of Civil*

24   *Procedure*, Rule 41(a)(1).

25       IT IS FURTHER ORDERED that by and between Plaintiff and Defendant City

26   of Redondo Beach that this dismissal constitutes a mutual waiver of all costs, court

27   fees and attorneys' fees arising out of this litigation between Plaintiff Kelli Brown and

28   Defendant City of Redondo Beach.

1

2          IT IS SO ORDERED.

3

4     DATED:      June 5, 2014

5                                          _____
                                           HON. CHRISTINA A. SNYDER
6                                          United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28